IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARGARET OKOROJI    :
:
v.    :    Civil Action WMN-98-2132
:
EDGEMEADE AT FOCUS POINT,    :
    et al.    :

### ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 20th day of March, 2000, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That Defendants' Motion for Summary Judgment (Paper No. 33) is hereby GRANTED as to Counts V and VI, and DENIED as to Counts I, II, III, IV, and VII;

2. That Defendants Edgemeade at Focus Point, James Filipczak, and Mike Schemm, are hereby DISMISSED from this action;

3. That Plaintiff's FMLA claim against Defendant Melissa Welch is hereby dismissed;

4. That Plaintiff's Equal Pay Act claim against Mari Pat McGuire and Melissa Welch is hereby dismissed;

5. That Plaintiff's Cross-Motion for Summary Judgment (Paper No. 36) is hereby DENIED;

6. That Plaintiff and Defendants' counsel will take part in a telephone status conference on April 5, 2000, at 9:15 am;

7. That the Clerk of the Court shall mail or transmit copies




of the foregoing memorandum and this order to Plaintiff and all counsel of record.

_____
William M. Nickerson
United States District Judge